Louis A. Greenberg and Samuel A. Greenberg, Appellants, v. President and Directors of the Manhattan Company, Respondent, and Others, Impleaded Defendants, Respondents.— Action originally brought by plaintiffs against respondent President and Directors of the Manhattan Company to recover the aggregate amount of five checks drawn by plaintiffs upon their deposit account in that bank to the order of Leo Leichner. Plaintiffs claim that the indorsement Leo Leichner upon each of the checks was a forgery. The other defendants, subsequent indorsers of the checks, were impleaded. Upon a jury trial of the issues a verdict was rendered in favor of defendant President and Directors of the Manhattan Company. Upon such verdict a judgment dismissing the complaint, and later an amended judgment dismissing the complaint as to the defendant President and Directors of the Manhattan Company, and awarding other relief to the impleaded defendants, were entered. An order was also entered denying plaintiffs' motion to set aside the verdict and for a new trial. From the original judgment and the order, and separately from so much of the amended judgment as dismissed plaintiffs' complaint and awarded costs to defendant President and Directors of the Manhattan Company, plaintiffs appeal. Amended judgment, in so far as appealed from, and order, unanimously affirmed, with costs. No opinion. Appeal from original judgment dismissed as academic. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Millie E. Hart and John A. Hart, Respondents, v. Town of Brookhaven, Suffolk County, New York, Appellant.— Action by plaintiff wife to recover damages for personal injuries and by her husband for property damage and loss of services. Plaintiff wife was injured when a bicycle, which she was riding on the sidewalk, collided with a large limb of a tree which was lying upon and across the sidewalk. Judgment in favor of plaintiffs reversed on the law and the facts, with costs, and complaint dismissed on the law, with costs. In riding the bicycle on the sidewalk plaintiff wife was violating the statute (Penal Law, § 1907) and was guilty of contributory negligence as matter of law. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

James Havard, Appellant, v. Albert J. Fearing, as Director of the Department of Public Works of the City of New Rochelle, Irving C. Brower, as City Manager of the City of New Rochelle, and Stanley W. Church, Mayor, J. Lester Albertson, Charles H. Noxon, Herbert P. Milligan and James J. O'Brien, Councilmen, Constituting the Council of the City of New Rochelle, Respondents.— Proceeding under article 78, Civil Practice Act, for an order installing the petitioner in the position of operator of the new city incinerator plant, after the abolition of petitioner's position as foreman of the old plant. The final order dismissed the petition. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.